AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Hampshire

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| LAMAR CARTER, ISAIAH WADE, MANUEL HENDERSON, AUNDRE LESTER, XAVIER SMITH, KORRON BENTHALL, AND DANNA FRAZIER | ) ) ) | Case No. 22-mj- 184-01/07 |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April, 2022 through May 2022___ in the county of ___Cheshire___ in the _____ District of ___New Hampshire___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 846, 841 | Conspiracy to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

Please see the attached affidavit of SA Benjamin Slocum

☑ Continued on the attached sheet.

/s/ Ben Slocum
_____
*Complainant's signature*

Ben Slocum, Special Agent-ICE-DHS
_____
*Printed name and title*

Sworn/signed electronically via telephonic conference:

Date: **Aug 11, 2022**
_____

_____
*Judge's signature*

City and state: ___Concord, New Hampshire___

**Andrea K. Johnstone**  **U.S. Magistrate Judge**
_____
*Printed name and title*