UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 1:22-cr-98-PB-01/06 |
| v. ) | |
| ) | |
| **LAMAR CARTER**, ) | |
| **ISAIAH WADE**, ) | |
| **MANUEL HENDERSON**, ) | |
| **AUNDRE LESTER**, ) | |
| **XAVIER SMITH**, ) | |
| **&** ) | |
| **DANNA FRAZIER** ) | |
| ) | |

## INDICTMENT

**The Grand Jury charges:**

### COUNT ONE

**[Conspiracy to Distribute & Possess with Intent to Distribute a Controlled Substance
[21 U.S.C. §§ 846 (a)(1) and 841(a)(1) & (b)(1)(C)]**

Beginning on a date unknown, and continuing through no later than August 11, 2022, in the District of New Hampshire, the defendants,

**LAMAR CARTER,
ISAIAH WADE,
MANUEL HENDERSON,
AUNDRE LESTER,
XAVIER SMITH,
&
DANNA FRAZIER**

did knowingly and intentionally combine, conspire, and agree with each other, and persons unknown the grand jury, to distribute and possess with intent to distribute a controlled

substance, specifically, cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C).

A TRUE BILL

Dated: August 29, 2022

/s/ Foreperson of the Grand Jury
Foreperson of the Grand Jury

JANE E. YOUNG
 United States Attorney

By: /s/ Joachim H. Barth
Joachim H. Barth
Assistant U.S. Attorney