UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>**LAMAR CARTER**, )<br>**ISAIAH WADE**, )<br>**MANUEL HENDERSON**, )<br>**AUNDRE LESTER**, )<br>**XAVIER SMITH**, )<br>**DANNA FRAZIER** )<br>**&** )<br>**KORRON BENTHALL** )<br>) | Criminal Case No. 1:22-cr-98-PB-01/07 |

## SUPERSEDING INDICTMENT

**The Grand Jury charges:**

### COUNT ONE
**[Conspiracy to Distribute & Possess with Intent to Distribute a Controlled Substance**
**[21 U.S.C. §§ 846 (a)(1) and 841(a)(1) & (b)(1)(C)]**

Beginning on a date unknown, and continuing through no later than August 11, 2022, in the District of New Hampshire, the defendants,

**LAMAR CARTER**,
**ISAIAH WADE**,
**MANUEL HENDERSON**,
**AUNDRE LESTER**,
**XAVIER SMITH**,
**DANNA FRAZIER**
&
**KORRON BENTHALL**

did knowingly and intentionally combine, conspire, and agree with each other, and persons unknown the grand jury, to distribute and possess with intent to distribute a controlled

substance, specifically, cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C).

A TRUE BILL

Dated:  September 26, 2022                /s/ Foreperson of the Grand Jury
                                          Foreperson of the Grand Jury

        JANE E. YOUNG
        United States Attorney

By:    /s/ Joachim H. Barth
        Joachim H. Barth
        Assistant U.S. Attorney