UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.   Criminal Case No. 1:22-cr-00098-F

Lamar Carter

# WAIVER OF DEFENDANT'S APPEARANCE AT ARRAIGNMENT

I, Lamar Carter, hereby waive my appearance at the arraignment. I further state I have received a copy of the indictment or information and that I am entering a not guilty plea.

Date: 09/30/22    /s/ Jared Bedrick
                  Defendant

Date: 09/30/22    /s/ Lamar Carter (by JJB with permission)
                  Counsel for Defendant

WAIVER APPROVED.

Date: _____    _____
                         ☐ United States Magistrate Judge
                         ☐ United States District Judge

Copies to:
    U.S. Attorney, Defense Counsel, U.S. Marshal, U.S. Probation

USDCNH-1  (12-02)